IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY L. HYSMITH, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF )<br>SOCIAL SECURITY, )<br>)<br>  Defendant. ) | CIVIL ACTION NO. 1:10cv18-CSC<br>(WO) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered this date in this case, it is

ORDERED and ADJUDGED that the decision of the Commissioner denying

benefits be and is hereby REVERSED and that this case be and is hereby REMANDED

to the Commissioner for further proceedings consistent with the Memorandum Opinion.

Done this 29th day of July, 2011.


              /s/Charles S. Coody
           CHARLES S. COODY
           UNITED STATES MAGISTRATE JUDGE